**Order entered December 22, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-01042-CV

## KENNETH CRAIG WELLS AND DUSTY WELLS, Appellants

## V.

## MARK CROWELL AND SUZON CROWELL, Appellees

**On Appeal from the 397th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. CV-20-0760**

## ORDER

Before the Court is appellants' December 17, 2020 unopposed motion for an extension of time to file their brief on the merits. We **GRANT** the motion and extend the time to **January 5, 2021**.

/s/    ERIN A. NOWELL
          JUSTICE